### LANGDON v. MAYOR, ETC., OF CITY OF NEW YORK.

*(Supreme Court, General Term, First Department. June 26, 1891.)*

Action by Marion Langdon against the mayor, etc., of the city of New York. Motion to confirm report of referee and for judgment.

Argued before VAN BRUNT, P. J., and BARRETT and PATTERSON, JJ.

*W. H. Peckham, W. F. Marron,* and *Thos. L. Ogden,* for plaintiff. *Thos. P. Wickes,* for defendant.

VAN BRUNT, P. J. For the reasons stated in the case of *Langdon* v. *Mayor, etc.,* 15 N. Y. Supp. 965, we think the referee's report should be affirmed, and the plaintiff recover judgment as therein reported, with interest upon the amount of the award from the time of the appropriation of said property by the city, with $2,000 extra allowance. All concur.